UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT
OF ECKSTEIN MARINE SERVICE, LLC
n/k/a MARQUETTE TRANSPORTATION
CO. GULF-INLAND, LLC AS OWNER OF
THE M/V SUSAN FRANCES FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY

CIVIL ACTION

NO. 10-10-BAJ-SCR

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 24, 2011 to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Motion to Dismiss for Lack of Standing Under *Robins Drydock* and *Taira Lynn* (doc. 13), filed by Limitation Plaintiff Eckstein Marine Services, L.L.C., n/k/a Marquette Transportation, Co. Gulf-Inland, as the owner/operator of M/V Susan Frances, is hereby **GRANTED,** and the Motion to Dismiss Complaint for limitation (doc. 10), filed by Terri Dupree, et al, is **DENIED AS MOOT**.

Baton Rouge, Louisiana, April 14, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA